IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL GONZALES,** <br><br> Plaintiff, <br><br> v. <br><br> **GARCIA, et al.,** <br><br> Defendants. | Case No. CV16-01813 EPG (PC) <br><br> **ORDER GRANTING EX PARTE REQUEST FOR A 28-DAY EXTENSION OF TIME** |

Defendants have moved *ex parte* for an extension of time in which to file a responsive pleading. Good cause being shown, Defendants' motion is granted. Defendants shall file a response to Plaintiff's Complaint on or before July 5, 2017.

IT IS SO ORDERED.

Dated: **June 5, 2017**     /s/ Erica P. Grosjean
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1