# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES,<br><br>   Plaintiff,<br><br>   v.<br><br>FERRSO, *et al.*,<br><br>   Defendants. | Case No. 1:16-cv-01813-DAD-EPG (PC)<br><br>**ORDER DIRECTING THE CLERK OF COURT TO SEND PLAINTIFF A COPY OF THE INSTANT MOTION AND HIS OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT**<br><br>(ECF No. 60) |

Michael Gonzales ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On July 2, 2018, Plaintiff filed a motion, (ECF No. 60), for a copy of the instant motion and exhibits "A" through "H" of his opposition, (ECF No. 61), to Defendants' motion for summary judgment, including the affidavit of an inmate. Plaintiff states that correctional officers at Kern Valley State Prison refused to sign his request for copies of the documents, which were to be served on Defendants.

In light of Plaintiff's difficulty in copying the documents, the Court will provide Plaintiff a courtesy copy and waive his obligation to separately serve Defendants with the documents. As Plaintiff has filed the documents with the Court, Defendants have received a copy of the document via CM/ECF, which will constitute service.

\\\
\\\
\\\
\\\

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for copies, (ECF No. 60), is granted; and
2. The Clerk of Court is directed to mail Plaintiff a copy of the instant motion, (ECF No. 60), and the opposition to the motion for summary judgment, (ECF No. 61).

IT IS SO ORDERED.

Dated: **July 12, 2018**

/s/ *Erin P. Grosj*
UNITED STATES MAGISTRATE JUDGE